1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 11 MACHAEL MARIE CASTRO, | ) Case No.: 1:11-cv-02062-SKO |
| 12        Plaintiff, | ) ORDER AWARDING EQUAL |
| | ) ACCESS TO JUSTICE ACT |
| 13        vs. | ) ATTORNEY FEES AND EXPENSES |
| | ) PURSUANT TO 28 U.S.C. § 2412(d) |
| 14 CAROLYN W. COLVIN,[1] Acting | ) AND COSTS PURSUANT TO 28 |
| Commissioner of Social Security, | ) U.S.C. § 1920 |
| 15 | ) |
| 16        Defendant | ) |
| 17 _____ | ) |

18        Pursuant to the parties' Stipulation for the Award and Payment of Equal

19 Access to Justice Act Fees, Costs, and Expenses:

20
21
22

_____

[1] Carolyn W. Colvin became the Acting  Commissioner of Social Security on
February 14, 2013. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil
Procedure, Carolyn W. Colvin should be substituted, therefore, for Commissioner
Michael J. Astrue as Defendant in this suit. No further action need be taken to
continue this suit by reason of the last sentence of section 205(g) of the Social
Security Act, 42 U.S.C. § 405(g). For simplicity, Plaintiff will refer to the Acting
Commissioner as the Commissioner.

-1-

1        IT IS ORDERED that fees and expenses in the amount of $4,750.00 as

2   authorized by 28 U.S.C. § 2412 and costs in the amount of $60.00 as authorized by

3   28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

4

5

6

7

8   IT IS SO ORDERED.

9      Dated:   **April 1, 2013**                          **/s/ Sheila K. Oberto**
10                                                  UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26