# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACHAEL MARIE CASTRO,<br><br>  Plaintiff,<br><br>  vs.<br><br>CAROLYN W. COLVIN,[1] Acting Commissioner of Social Security,<br><br>  Defendant | Case No.: 1:11-cv-02062-SKO<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Pursuant to the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted, therefore, for Commissioner Michael J. Astrue as Defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). For simplicity, Plaintiff will refer to the Acting Commissioner as the Commissioner.

-1-

1    IT IS ORDERED that fees and expenses in the amount of $4,750.00 as
2 authorized by 28 U.S.C. § 2412 and costs in the amount of $60.00 as authorized by
3 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

8 IT IS SO ORDERED.

9    Dated:   **April 1, 2013**                            **/s/ Sheila K. Oberto**
                                                 UNITED STATES MAGISTRATE JUDGE